1

2 **E-Filed 2/23/2010**

3

4

5

6

7

8 **IN THE UNITED STATES DISTRICT COURT**

9 **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

10 **SAN JOSE DIVISION**

11

| | |
|---|---|
| 12  GARY DEAN STORY, | Case Number C 10-566 JF |
| 13          Petitioner, | ORDER TO SHOW CAUSE |
| 14      v. | |
| 15  MICHAEL MARTEL, Warden, et al., | |
| 16          Respondent. | |

17

18    Petitioner, a state prisoner currently incarcerated at Mule Creek State Prison, Ione,

19 California, has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner

20 is represented by counsel.  Venue is proper because Petitioner was convicted and sentenced in the

21 Superior Court for the County of Santa Clara, which lies within the Northern District of

22 California.  *See* 28 U.S.C. § 2241(d) (providing that venue is proper in either the district in which

23 the petitioner was convicted and sentenced or the district in which the petitioner is incarcerated).

24    IT IS ORDERED as follows:

25    (1)    The Clerk of the Court shall serve by mail a copy of the petition and a copy of this

26 Order upon counsel for Respondent, the Attorney General of the State of California.  The Clerk

27 of the Court also shall serve a copy of this order upon counsel for Petitioner, John Francis

28 McCabe II.

1         (2)    Respondent shall, within sixty (60) days after the filing of this order, file and

2    serve upon Petitioner's counsel an answer conforming in all respects to Rule 5 of the Rules

3    Governing Section 2254 Cases, showing cause why a writ of habeas corpus should not issue.  At

4    the time the answer is filed, Respondent shall lodge with the Court all records relevant to a

5    determination of the issues presented by the petition.  If Respondent waives or concedes the issue

6    of exhaustion, Respondent shall so state in the answer.  Any traverse must be filed and served

7    within thirty (30) days after the answer is filed.

8         (3)    Alternatively, Respondent may, within sixty (60) days of the filing of this order,

9    file a motion to dismiss in lieu of an answer, as set forth in the Advisory Committee Notes to

10   Rule 4 of the Rules Governing Section 2254 Cases.  Petitioner shall file an opposition or

11   statement of non-opposition within thirty (30) days after the filing of such motion.  Respondent

12   may file a reply within fifteen (15) days after the filing of any opposition.

13        (4)    Unless otherwise ordered by the Court, the matter will be deemed submitted upon

14   completion of the briefing.

15

16

17

18   Dated:  2/23/2010

19

20   _____

21   JEREMY FOGEL
     United States District Judge

22

23

24

25

26

27

28

2

1   A copy of this Order was served upon the following persons:

2

3   Counsel for Petitioner:

4   John Francis McCabe , II     jfrankmccabe@yahoo.com, kdcooke@hotmail.com

5

6   Counsel for Respondent:

7   Office of the Attorney General of the State of California
    455 Golden Gate Avenue
8   Suite 11000
    San Francisco, CA 94102-3664
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

Case No. C 10-566 JF
ORDER TO SHOW CAUSE
(JFLC2)