*E-Filed 6/21/10*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GARY DEAN STORY,** | Case No. C 10-566 RS |
| Petitioner, | [PROPOSED] ORDER |
| v. | |
| **MICHAEL MARTEL, Warden, et al.,** | |
| Respondent. | |

IT IS HEREBY ORDERED that the time within which respondent is to respond to the Order to Show Cause filed February 11, 2010, and provide the state court record, will be extended to July 26, 2010.  Petitioner's traverse, if any, shall be filed and served within 30 days of service of an answer or otherwise responsive pleading.

Dated: 6/18/10

_____
The Honorable Richard Seeborg

1

[Proposed] Order (C 10-566 RS)